USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/8/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
HIMELDA MENDEZ *and on behalf of all*      :
*other persons similarly situated*,        :
                                           :
                              Plaintiff,   :              1:19-cv-11856-GHW
                                           :
             -against-                     :
                                           :                    ORDER
COACH SERVICES, INC.,                      :
                                           :
                              Defendant.   :
-------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

On May 19, 2020, the Court issued a memorandum opinion and order, granting Defendant's

motion to dismiss Plaintiff's first amended complaint. Dkt. No. 26. The Court's order granted

Plaintiff leave to file a second amended complaint within fifteen days. *Id.* at 4. Therefore, Plaintiff's

second amended complaint was due no later than June 3, 2020. As of the date of this order, the

Court has not received Plaintiff's second amended complaint. Accordingly, the Clerk of Court is

directed to enter judgment in favor of Defendant and to close this case.

SO ORDERED.

Dated: June 8, 2020                        _____
                                                   GREGORY H. WOODS
                                                 United States District Judge