UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

HIMELDA MENDEZ, and on behalf of all other
Persons similarly situated,

                      Plaintiff,

     -against-                                     19 **CIVIL** 11856 (GHW)

                                                                          **JUDGMENT**

COACH SERVICES, INC.,

                      Defendant.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 8, 2020, on May 19, 2020, the Court issued a memorandum opinion and order, granting Defendant's motion to dismiss plaintiff's first amended complaint; the Court's order granted Plaintiff leave to file a second amended complaint within fifteen days; therefore, Plaintiff's second amended complaint was due no later than June 3, 2020; as of the date of this order, the Court has not received Plaintiff's second amended complaint; accordingly, judgment is entered in favor of Defendant and this case is closed.

**Dated:** New York, New York
           June 9, 2020

                                                   **RUBY J. KRAJICK**
                                                   _____
                                                   **Clerk of Court**
                                     **BY:**
                                                   _____
                                                      **Deputy Clerk**